An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONNIE DION EDWARDS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65441

**FILED**

JUN 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of battery constituting domestic violence. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

The judgment of conviction was filed on February 3, 2014. Because the notice of appeal was filed in the district court on March 17, 2014, twelve days after the relevant appeal period, *see* NRAP 4(b)(1)(A), and appellant has failed to demonstrate that he delivered the notice of appeal to a prison official for mailing on or before the expiration of the appeal period, *see* NRAP 4(d); *Kellogg v. Journal Communications*, 108 Nev. 474, 477, 835 P.2d 12, 13 (1992), we conclude that the notice of appeal was not timely filed. Therefore, we lack jurisdiction, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-20539

cc: Hon. Elissa F. Cadish, District Judge
Carl E. G. Arnold
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Ronnie Dion Edwards